**Stanley SMOLAREK (86–2074),
Ralph Fleming (87–1387),
Plaintiffs–Appellants,**

v.

**CHRYSLER CORPORATION, etc., et al., Defendants–Appellees.**

**Nos. 86–2074, 87–1387.**

United States Court of Appeals,
Sixth Circuit.

Jan. 24, 1989.

---

Before ENGEL, Chief Judge, KEITH, MERRITT, KENNEDY, MARTIN, JONES, KRUPANSKY, WELLFORD, MILBURN, GUY, NELSON, RYAN, BOGGS and NORRIS, Circuit Judges.

## ORDER

A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 14 provides as follows:

The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this Court, to stay the mandate and to restore the case on the docket as a pending appeal.

Accordingly, it is ORDERED that the previous decision and judgment of this Court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.

The Clerk will direct the parties to file supplemental briefs and will schedule this case for oral argument as soon as practicable.